

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2014

No. 04-14-00622-CV

Marisela G. **SALAS,** Individually and as Representative of the Estate of Martin Suarez and as Next Friend of Keyla Marizel Salas Suares, Minor,
Appellants

v.

**ALLEN KELLER CO. I, L.L.C.** d/b/a Allen Keller Co.,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 13410
Honorable N. Keith Williams, Judge Presiding

## O R D E R

Appellee filed a motion to supplement the clerk's record. Appellee need not make such a request from this court. If appellee desire the clerk to file a supplemental record containing documents that are part of the official record, it may do so by requesting that the district clerk prepare a supplement clerk's record containing the item in question and providing payment to the clerk for same. Accordingly, because our permission is not required in this instance, the motion is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court